United States District Court
Middle District of Florida
Orlando Division

ANGELA BAILEY,
    *Plaintiff,*

v.    Case No. 6:23-cv-797-CEM-EJK

AMTRUST NORTH AMERICA, INC.,
    *Defendant,*

---

### COMPLAINT AND DEMAND FOR JURY TRIAL

(Race, Age, and Gender Discrimination and Retaliation in Employment)

### Introduction

1. Plaintiff, Angela Bailey, proceeding Pro Se, brings this action pursuant to Title VII of the Civil Rights Act of 1964, as amended, to remedy acts of employment discrimination and retaliation perpetrated against her by her former employer, Defendant AmTrust North America, Inc. ("AmTrust"). Plaintiff contends that AmTrust discriminated against her by passing her over for promotions, assigning unequal inferior job titles compared to employees that were on the same team, performing the same job function, unequal pay, making derogatory and disparaging statements made to her by management, and unfavorable and unfair treatment because of her race, gender, and age.

Plaintiff further asserts that management retaliated against her for having complained about such discrimination creating a hostile working environment that forced her to end her employment with AmTrust.

## Jurisdiction

2. This Court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, as amended.

## Venue

3. Venue is proper in this judicial district under Title VII of the Civil Rights Act of 1964, as amended as AmTrust employed Plaintiff in the State of Florida. This judicial district is where Plaintiff always worked during her employment with AmTrust.

## Parties

4. Plaintiff Angela Bailey, an African American female over 40 years old, is a resident of Florida. At all times relevant to this lawsuit, until her resignation in July 2022, she was employed with AmTrust and was hired and assigned to work in their Maitland, Florida office.

5. Defendant AmTrust is a Delaware corporation headquartered in New York, New York.

**Statement of Facts**

6. Plaintiff Liberty Angela Bailey, African American female, was an AmTrust employee with over Five years of service before being forced to resign due to retaliation after she filed a complaint with the Human Resources department, which led to an even greater hostile work environment.

7. At the time of her resignation from AmTrust, Plaintiff worked in the claims department.

8. Plaintiff was treated differently from similarly situated employees and was subjected to several discriminatory, demeaning, and derogatory direct and indirect statements.

9. In late 2021, Plaintiff was told that her job had to be eliminated for the department to hire another supervisor. Plaintiff was then abruptly reassigned to another department. Within a few weeks of her reassignment, an announcement was made that another employee, a Caucasian female, would be replacing Plaintiff, a role that was allegedly supposed to be eliminated, so that they could add the other supervisor to the department.   That other employee officially changed her job title on internal and external communication to reflect the same title that Plainitff's had when she was in the E&S department. The change aligned with a condescending statement made to Plaintiff a few months prior by a member of the upper leadership team, "The one thing that I can tell you is come August the face of E&S is going to look completely different."

10. Plaintiff was part of the inaugural E&S team and was part of the leadership team in that department. As such, she was considered by some to be "The face of E&S." Several changes including Plaintiff's replacement by a Caucasian female were one of many that were made that removed Plaintiff and other minorities from the forefront of the E&S department.

11. Plaintiff applied for, qualified for but was not selected for three positions. In fact, one of the positions was given to someone that was on the interview panel. Therefore, Plaintiff never stood a chance of being selected for the role. One of the roles was advertised in an unusual manner that was tailored for the selected candidate, who was a younger Caucasian male. Furthermore, prior to the selection, it was leaked that the selected candidate had already been given the job, which was even prior to when it was posted. The way the posting was written disqualified Plaintiff. However, Plaintiff was highly qualified for the role and was encouraged by her manager to apply even though information about the candidate selection had been leaked and shared among the E&S leadership team.

12. In early 2022, AmTrust went through a series of title changes, and at that time, Plaintiff was the only minority on the team, and they were all performing the same job function. For an unknown reason, Plaintiff was not assigned a senior title like her colleagues were given. The issue was raised to management, at which time Plaintiff was was told that everyone working on the same team performing the same job should all have the same title, and that would be done, even if that meant lowering the other

employees' titles. When Plaintiff ended her employment with AmTrust in July 2022, her title and her colleagues' titles were not changed, and Plaintiff still had an inferior title to them, which she believes negatively impacted her salary, and her ability to get promoted. Plaintiff was forewarned by her manager that she needed to remember that if she ever applied for another role within the company that she would be competing against the other people on the team.

13. Plaintiff believes that her inferior title made her subject to continued pay inequality that had been addressed with management before the title changes and stemmed from other statements and treatment that she was receiving surrounding performance evaluations and during other discussions.

14. The hostile working environment began in 2020 and continued until Plaintiff ended her employment with AmTrust she was treated differently from her colleagues. The discrimination was noticed and commented on by several other employees.

## Count One

**(Racial Discrimination in Violation of Title VII of the Civil Rights Act of 1964, as amended)**

15. The foregoing paragraphs are realleged and incorporated by reference herein.

16. The Defendant's conduct as alleged at length herein constitutes discrimination based on race in violation of Title VII of the Civil Rights Act of 1964, as amended. The stated reasons for Defendant's conduct were not the true reasons but instead were a pretext to hide the Defendant's discriminatory animus.

## Count Two

**(Age Discrimination in Violation of the Age Discrimination under Title VII of the Civil Rights Act of 1964, as amended)**

17.     The foregoing paragraphs are realleged and incorporated by reference herein.

18.     The Defendant's conduct as alleged above constitutes discrimination based on Age discrimination under Title VII of the Civil Rights Act of 1964, as amended. The stated reasons for Defendant's conduct were not the true reasons but instead were a pretext to hide the Defendant's discriminatory animus.

## Count Three

**(Retaliation for Engaging in Protected Activities)**

27. The foregoing paragraphs are realleged and incorporated by reference herein.

28. The Defendant's conduct as alleged above constitutes retaliation against the Plaintiff because she engaged in activities protected by Title VII of the Civil Rights Act of 1964, as amended. The stated reasons for the Defendant's conduct were not the true reasons, but instead were pretext to hide the Defendant's retaliatory animus.

## Count Four

**(Hostile Working Environment)**

34. The foregoing paragraphs are realleged and incorporated by reference herein

35. The Defendant's conduct as alleged above constitutes a hostile working environment in violation of Title VII of the Civil Rights Act of 1964, as amended.

## **Prayer for Relief**

WHEREFORE, the Plaintiff requests that the court award her:

(a) the sum of $300,000.00 in compensatory damages suffered because of the discrimination and retaliation.

(b) costs incurred with this lawsuit, and reasonable attorneys' fees with interest if the Plaintiff assigns counsel to represent her.

(c) Grant such further relief as the Court deems just and proper.

## **JURY DEMAND**

The Plaintiff requests a trial by jury.

Date: April 28, 2023                                                                 Respectfully Submitted,

*Angela Bailey*

_____

Angela Bailey

1932 Deerview Place

Longwood, FL, 32750

(407) 920-0928

Pro Se