UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANGELA BAILEY,**

    **Plaintiff,**

v.                                                                                  Case No. 6:23-cv-797-CEM-EJK

**AMTRUST NORTH AMERICA, INC.,**

    **Defendant.**

_____/

**ORDER**

    THIS CAUSE is before the Court on Defendant's Amended Motion to Strike Plaintiff's Demand for Jury Trial ("Motion," Doc. 38). The United States Magistrate Judge issued a Report and Recommendation (Doc. 51), recommending that the Motion be granted and that the Court strike Plaintiff's demand for a jury trial in her Third Amended Complaint (Doc. 33), (Doc. 51 at 8). Specifically, the Magistrate Judge found that Plaintiff waived her right to a jury trial when she executed a valid and enforceable waiver and that "Plaintiff is unable to point to any evidence that the parties intended to cancel the [waiver]." (*Id.* at 7).

    After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 51) is **ADOPTED** and made a part of this Order.

2. Defendant's Amended Motion to Strike Plaintiff's Demand for Jury Trial (Doc. 38) is **GRANTED**.

3. Plaintiff's demand for a jury trial is **STRICKEN** from her Third Amended Complaint (Doc. 33).

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party